## EXHIBIT A

## GRECCO PHOTOGRAPHS

1.



VA 1-431-698



https://ih1.redbubble.net/image.85800
7647.6711/ssrco,classic_tee,womens,f
afafa:ca443f4786,front_alt,square_pro
duct,600x600.u2.jpg



https://ih1.redbubble.net/image.19648
93937.0737/poster,504x498,f8f8f8-
pad,600x600,f8f8f8.jpg

| 2. | <br><br>VA 1-431-698 | <br><br>https://ih1.redbubble.net/image.11647 52346.7460/aldr,x1700,front-c,60,103,1000,1000-bg,f8f8f8.u1.jpg |
| --- | --- | --- |
| 3. | <br><br>VA 1-431-698 | <br><br>https://ih1.redbubble.net/image. 1522664939.4412/st,small,845x845-pad,1000x1000,f8f8f8.jpg |

| 4. |  VA 1-431-698 |  https://ih1.redbubble.net/image.28983 93435.4154/poster,504x498,f8f8f8- pad,600x600,f8f8f8.jpg |
|---|---|---|
| 5. |  VA 1-431-698 |  https://ih1.redbubble.net/image.21662 29495.7311/ssrco,slim_fit_t_shirt,men s,101010:01c5ca27c6,front,square_pro duct,600x600.jpg |



https://ih1.redbubble.net/image.17733
53417.8094/st,small,845x845-
pad,1000x1000,f8f8f8.jpg





https://ih1.redbubble.net/image.21662
29495.7311/ssrco,slim_fit_t_shirt,men
s,101010:01c5ca27c6,front,square_pro
duct,600x600.jpg

| 6. |   VA 1-736-729 |   https://ih1.redbubble.net/image.17771 27306.1818/st,small,507x507- pad,600x600,f8f8f8.jpg |
| 7. |   VA 2-030-740 |   https://ih1.redbubble.net/image.85802 8815.7209/icr,iphone_13_soft,back,a,x 600-pad,600x600,f8f8f8.u4.jpg |





https://ih1.redbubble.net/image.24673
11718.4080/pp,504x498-
pad,600x600,f8f8f8.jpg

8.





https://ih1.redbubble.net/image.34168
6129.3427/pp,504x498-
pad,600x600,f8f8f8.u4.jpg

VA 2-030-740

| 9. | <br><br>VA 2-030-740 | <br><br>https://ih1.redbubble.net/image.26016<br>38194.1304/pp,504x498-<br>pad,600x600,f8f8f8.jpg |
|---|---|---|
| 10. | <br><br>VA 2-277-528 | <br><br>https://ih1.redbubble.net/image.92838<br>4492.3809/ssrco,classic_tee,mens,101<br>010:01c5ca27c6,front_alt,square_prod<br>uct,600x600.jpg |





https://ih1.redbubble.net/image.92837 8736.4690/ssrco,classic_tee,mens,101 010:01c5ca27c6,front_alt,square_prod uct,600x600.jpg

11.



VA 2-277-528



https://ih1.redbubble.net/image.92838 7691.3741/ssrco,lightweight_hoodie,m ens,101010:01c5ca27c6,front,square_p roduct,x600-bg,f8f8f8.2.jpg

| | | |
|---|---|---|
| 12. | <br><br>VA 2-277-528 | <br><br>https://ih1.redbubble.net/image.92838 4492.3809/ssrco,classic_tee,mens,101 010:01c5ca27c6,front_alt,square_prod uct,600x600.jpg |
| 13. | <br><br>VAu 584-789 | <br><br>https://ih1.redbubble.net/image.94828 1845.8748/st,small,507x507- pad,600x600,f8f8f8.jpg |

| 14. | <br>VA 2-237-591 | <br>https://ih1.redbubble.net/image.76352<br>7883.8264/ssrco,slim_fit_t_shirt,wome<br>ns,fafafa:ca443f4786,front,square_pro<br>duct,600x600.u2.jpg |
| 15. | <br>VA 2-237-591 | <br>https://ih1.redbubble.net/image.26120<br>92711.0062/ur,apron_realistic_flatlay,<br>square,1000x1000.u1.jpg |





https://ih1.redbubble.net/image.77841
8574.3023/ssrco,slim_fit_t_shirt,wome
ns,ff4c00:b001c7b98d,front,square_pr
oduct,600x600.jpg



https://ih1.redbubble.net/image.76270
8420.4475/ssrco,mens_premium_t_shi
rt,mens,fafafa:ca443f4786,front,square
_product,x600-bg,f8f8f8.1u3.jpg

| 16. |  VA 2-030-741 |  https://ih1.redbubble.net/image.42386 7980.7243/icr,iphone_13_soft,back,a,x 600-pad,600x600,f8f8f8.u2.jpg |
| --- | --- | --- |
| 17. |  VA 1-232-596 |  https://ih1.redbubble.net/image.28681 14136.8049/st,small,845x845- pad,1000x1000,f8f8f8.u1.jpg |



https://ih1.redbubble.net/image.28674
62888.1558/tst,small,845x845-
pad,1000x1000,f8f8f8.u1.jpg





https://ih1.redbubble.net/image.49341
8256.1768/papergc,300x,w,f8f8f8-
pad,600x600,f8f8f8.u2.jpg





https://ih1.redbubble.net/image.49851
1398.3577/st,small,507x507-
pad,600x600,f8f8f8.u6.jpg



https://ih1.redbubble.net/image.17190
4481.3525/poster,504x498,f8f8f8-
pad,600x600,f8f8f8.u3.jpg

|  |  |  |
|---|---|---|
|  |  |  https://ih1.redbubble.net/image.53595 9209.2646/ctkr,x1862,front,black- c,324,409,600,600-bg,f8f8f8.u1.jpg |
| 18. |  VA 2-030-741 |  https://ih1.redbubble.net/image.12396 64555.9026/st,small,507x507- pad,600x600,f8f8f8.jpg |



https://ih1.redbubble.net/image.46720
1017.4006/throwpillow,small,600x-
bg,f8f8f8-c,0,120,600,600.u7.jpg





https://ih0.redbubble.net/image.26925
3068.7418/flat,500x,075,f.u4.jpg

| 19. | <br><br>VA 2-063-319 | <br>https://ih1.redbubble.net/image.18058<br>2263.5500/ssrco,slim_fit_t_shirt,mens,<br>e0e1dd:064437a66d,front,square_prod<br>uct,600x600.jpg<br><br><br>https://ih1.redbubble.net/image.19198<br>6097.6463/ssrco,slim_fit_t_shirt,mens,<br>e0e1dd:064437a66d,front,square_prod<br>uct,600x600.jpg |

20.



VA 1-431-698



https://ih1.redbubble.net/image.86706
2893.3136/flat,500x,075,f.u9.jpg



https://ih1.redbubble.net/image.19850
60589.0849/ssrco,classic_tee,mens,33
281f:5b604c86ce,front_alt,square_pro
duct,600x600.jpg

| 21. | 

VA 1-431-698 | 

https://ih1.redbubble.net/image.29374 49339.5834/icr,iphone_13_soft,back,a, x600-pad,600x600,f8f8f8.jpg



https://ih1.redbubble.net/image.29426 46728.5308/mp,840x830,matte,f8f8f8, t-pad,1000x1000,f8f8f8.jpg |



https://ih1.redbubble.net/image.29375
02056.7228/mwo,x1000,ipad_2_skin-
pad,1000x1000,f8f8f8.jpg

https://ih1.redbubble.net/image.25101
40929.8077/mwo,x1000,ipad_2_skin-
pad,1000x1000,f8f8f8.jpg



https://ih1.redbubble.net/image.23573
21226.1015/pp,504x498-
pad,600x600,f8f8f8.jpg





https://ih1.redbubble.net/image.84405
4602.1569/pp,504x498-
pad,600x600,f8f8f8.jpg





https://ih1.redbubble.net/image.26961
21310.9162/pp,504x498-
pad,600x600,f8f8f8.jpg



| | | |
|---|---|---|
| | | https://ih1.redbubble.net/image.23573 21226.1015/pp,504x498- pad,600x600,f8f8f8.jpg  https://ih1.redbubble.net/image.20468 7207.1211/st,small,507x507- pad,600x600,f8f8f8.u5.jpg |
| 22. |  VA 2-030-740 |  https://ih1.redbubble.net/image.19634 4560.1951/ssrco,classic_tee,womens,e 5d6c5:f62bbf65ee,front_alt,square_pro duct,600x600.u2.jpg |



https://ih1.redbubble.net/image.19634
4572.1951/st,small,507x507-
pad,600x600,f8f8f8.u2.jpg

https://ih1.redbubble.net/image.19842
70038.8223/pp,504x498-
pad,600x600,f8f8f8.jpg

23.



VA 1-431-698



https://ih1.redbubble.net/image.28343
75214.6269/ssrco,classic_tee,womens,
fafafa:ca443f4786,front_alt,square_pro
duct,600x600.jpg



https://ih1.redbubble.net/image.35839
1933.6285/papergc,300x,w,f8f8f8-
pad,600x600,f8f8f8.u3.jpg

24.



VA 1-431-698



https://ih1.redbubble.net/image.36917
0317.1565/pp,504x498-
pad,600x600,f8f8f8.jpg



https://ih1.redbubble.net/image.10931
06116.3064/pp,504x498-
pad,600x600,f8f8f8.jpg



https://ih1.redbubble.net/image.22594
98870.1532/pp,504x498-
pad,600x600,f8f8f8.jpg





https://ih1.redbubble.net/image.28738
32051.2263/pp,504x498-
pad,600x600,f8f8f8.jpg

| 25. |   VA 1-418-417 |   https://ih1.redbubble.net/image.2867463013.1569/ssrco,classic_tee,mens,fafafa:ca443f4786,front_alt,square_product,600x600.u1.jpg    https://ih1.redbubble.net/image.535950458.2394/gptr,1265x,front,black-c,330,402,600,600-bg,f8f8f8.u3.jpg |

| 26. |    VA 1-232-598 |    https://ih1.redbubble.net/image.74158 6945.6422/ssrco,lightweight_sweatshir t,mens,black_lightweight_raglan_swea tshirt,front,square_product,x600-bg,f8f8f8.u1.jpg |
|---|---|---|
| 27. |    VA 2-063-319 |    https://ih1.redbubble.net/image.63204 3619.5290/poster,504x498,f8f8f8-pad,600x600,f8f8f8.jpg |

28.



VA 2-063-319



https://ih1.redbubble.net/image.86857
6430.9058/st,small,507x507-
pad,600x600,f8f8f8.jpg



https://ih1.redbubble.net/image.86885
5613.5562/mug,travel,x1000,center-
pad,1000x1000,f8f8f8.u3.jpg

29.



VA 1-736-729



https://ih1.redbubble.net/image.29991
54644.8485/icr,iphone_13_soft,back,a,
x600-pad,600x600,f8f8f8.jpg